

PRISON LAW OFFICE
DONALD SPECTER # 83925
SARA NORMAN # 189536
General Delivery
San Quentin, CA 94964
(415) 457-9144

DISABILITY RIGHTS ADVOCATES
SIDNEY WOLINSKY # 33716
SHAWNA PARKS # 208301
449 15th Street, Suite 303
Oakland, CA   94612
(510) 451-8644

LATHAM & WATKINS, LLP
RICHARD B. ULMER # 12?
135 Commonwealth Drive
Menlo Park, CA 94025
(650) 328-4600

**FILED**

JUN 1 3 2003

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

LATHAM & WATKINS LLP
JENNIFER L. SCAFE # 194649
KYRA BUSBY   # 216035
505 Montgomery Street, Suite 1900
San Francisco, CA 94111
(415) 391-0600

JONES DAY
CAROLINE MITCHELL # 143124
505 Montgomery, 11th Floor
San Francisco, CA 94111
(415) 874-3713

Attorneys for Plaintiffs

**LODGED**

JUN - 9 2003

CLERK, U S DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| CHRIS STEVENS, EDWARD JERMAINE BROWN, ARLON CARROLL, RAYMON DAVIS, KHALIL JINDHERD, RANDY JONES, ANGEL MARTINEZ, DAVID OWENS, MICHAEL ANTHONY RESENDIZ, AMY STEPHENS, DARREN STRIPLIN and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>JERRY L. HARPER, Director, California Youth Authority and CALIFORNIA YOUTH AUTHORITY,<br><br>Defendants. | No. CIV. S-01-0675 DFL-PAN-P<br><br>**ORDER FOR NOTICE TO CLASS AND DISMISSAL OF CASE** |

151

*Stevens v. Harper*, No. CIV. S-01-0675 DFL-PAN-P
Order Re Notice and Dismissal

Pursuant to this Court's May 29, 2003 Order, plaintiffs drafted a notice to class members and conferred with defendants to determine a cost effective means of providing adequate notice to members of the plaintiff classes. The parties agree that notice of this action shall be provided to members of the plaintiff classes in the following manner:

1. Defendants shall cause to be posted in each housing unit a copy of the *corrected* Notice attached hereto as Exhibit A (Notice) and a Spanish translation thereof. A copy of the Notice shall be provided to individuals upon request.

2. Defendants shall have a copy of the Notice personally delivered to each ward who is in a restricted program, including, but not limited to, lockup, administrative segregation, infirmary, and lockdown.

3. Defendants shall provide assistance to any prisoner who is unable to read or comprehend the notice and requests such assistance.

4. Upon the request of a ward under 18 years of age, a copy of the Notice shall be sent to his or her parents or legal guardian. In the event that defendants receive a substantial number of such requests, plaintiffs shall reimburse defendants for the cost of postage.

## ORDER

Good cause appearing therefore,

IT IS HEREBY ORDERED that notice shall be provided to the plaintiff classes in the manner set forth above.

IT IS FURTHER ORDERED that this action is hereby dismissed without prejudice.

Dated: June *11*, 2003

David F. Levi
United States District Court

*Stevens v. Harper*, No. CIV. S-01-0675 DFL-PAN-P
Order Re Notice and Dismissal                    2

Exhibit A

## NOTICE OF DISMISSAL OF CLASS ACTION LAWSUIT

On January 24, 2002, [handwritten: March 8, 2002] eleven wards filed a federal lawsuit called *Stevens v. Harper*. They claimed in the lawsuit that the CYA violates the rights of all wards, including their rights to decent medical care, mental health care, safety, due process, and education. They asked for injunctive relief – in other words, they wanted a court order forcing the CYA to change the way it treats wards. They did not ask for money damages. The case number is No. CIV. S-01-0675 DFL-PAN-P.

The same lawyers who represent the wards in *Stevens v. Harper* filed another lawsuit in state court. The state court lawsuit is called *Farrell v. Harper*. It was filed on January 16, 2003. *Farrell v. Harper* covers all of the same issues as the federal court lawsuit, but it uses state law instead of federal law. It also asks for injunctive relief and not money damages.

The lawyers have decided that state court is a better place to make the case against the CYA, so they asked the federal judge to dismiss *Stevens v. Harper*. The federal judge agreed to dismiss the federal case.

Because the federal case is going to be dismissed, if you want to sue the CYA in federal court, you have to file your own personal lawsuit. You will not be covered by *Stevens v. Harper*. (This applies especially to wards who are "plaintiff class members" of *Stevens v. Harper*: (a) wards who have been put on lockup units during the past year for their own safety without a hearing or any way to challenge it, (b) all wards who have been forcibly medicated in the past year without an initial hearing; and (c) sex offenders who need treatment.)

Keep in mind that there is still a state court lawsuit covering all the issues raised in *Stevens v. Harper*. The state court lawsuit is intended to improve conditions for all wards.

If you still want to file your own federal lawsuit, you must file it on time. You usually have two years from the date you were harmed (or from the date you found out about the harm). Wards under 18 have two years from the date they turn 18 to file a lawsuit. If the harm is ongoing, and you want only injunctive relief (and not money), this does not apply to you – you can file your lawsuit so long as you are still being harmed. You should carefully research the statute of limitations to make sure that you file your lawsuit on time. There are also other legal requirements you might have to follow in order to sue in federal court, such as filing a grievance beforehand. You will have to research and follow all of these requirements.

If you have any questions you can write to the lawyers for the wards in *Stevens v. Harper* and *Farrell v. Harper*:

| | | |
|---|---|---|
| Prison Law Office | Disability Rights Advocates | Latham & Watkins |
| General Delivery | 449 15th Street, Suite 303 | 505 Montgomery St., Suite 1900 |
| San Quentin, CA 94964 | Oakland, CA 94612 | San Francisco, CA 94111 |

<u>DECLARATION OF SERVICE BY MAIL</u>

Case Name: Chris Stevens et. al.    No. CIV.S-01-0675-DEL-PAN-P
             US District Court, Eastern District

I am employed in the County of Marin, California.  I am over the age of 18 years and not a party to the within entitled cause:  my business address is Prison Law Office, General Delivery, San Quentin, California  94964.

On June 6, 2003, I served the attached

**ORDER FOR NOTICE TO CLASS AND DISMISSAL OF CASE**

in said cause, placing, or causing to be placed, a true copy thereof, enclosed in a sealed envelope with postage thereon fully prepaid in the United States Mail at San Rafael, California, addressed as follows:

Monica N. Anderson, DAG
Office of the Attorney General
PO Box 944255
Sacramento, CA 94244-2550

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed at San Rafael, California on June 6, 2003.

_____
Edie DeGraff

ljr

United States District Court
for the
Eastern District of California
June 13, 2003


* * CERTIFICATE OF SERVICE * *


2:01-cv-00675


Stevens

v.

Harper


_____


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on  June 13, 2003, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.


Monica Noella Anderson                      HV/DFL
Attorney General's Office for the State of California
PO Box 944255                               TM/PAN
1300 I Street
Suite 125
Sacramento, CA   94244-2550

Stephen Peter Acquisto
Attorney General's Office for the State of California
PO Box 944255
1300 I Street
Suite 125
Sacramento, CA   94244-2550

Donald Specter
Prison Law Office
General Delivery
San Quentin, CA   94964

Sidney Wolinsky
Disability Rights Advocates
449 15th Street
Suite 303
Oakland, CA   94612-2821

Richard B Ulmer Jr.

135 Commonwealth Drive
Menlo Park, CA   94025

Caroline N Mitchell
Jones Day
505 Montgomery Street
11th Floor
San Francisco, CA   94111

                                        Jack L. Wagner, Clerk

                                    BY: _____
                                        Deputy Clerk